347 F.2d 507
 REDERIET FOR M/T SEVEN SKIES, as owner of the M/T SEVEN
SKIES, Libellant-Appellee,
v.
S/S NORTH DAKOTA, her engines, etc. and Texaco, Inc.,
Claimant-Respondent-Appellant.
 Nos. 474, 475, Dockets 27647, 27648.
 United States Court of Appeals Second Circuit.
 Argued May 17, 1965.
Decided May 17, 1965.
 
 Appeal from a decree in admiralty, United States District Court for the Southern District of New York, John W. Clancy, Judge.
 Hill, Betts, Yamaoka, Freehill & Longcope, New York City (Eugene F. Gilligan, Eli Ellis, New York City, of counsel), for libellant-appellee.
 Brush & Brush, New York City, for claimant-respondent-appellant.
 Before WATERMAN, MARSHALL and ANDERSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed in open court upon the opinion below of Judge Clancy, D.C., 242 F.Supp. 385.